UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

250 EAST FLAMINGO, LLC.
*et al.*,

               Petitioners,

                                    Case No. 2:15-mc-50702
v.                                District Judge Paul D. Borman
                                    Magistrate Judge Anthony P. Patti

FRANK TADDEO*, et al.*,

               Respondents.

_____/

## ORDER REQUIRING PETITIONERS TO PROVIDE STATUS OF SERVICE ON RESPONDENTS

Petitioners filed this miscellaneous action in the Eastern District of Michigan

on May 14, 2015, seeking an order quashing the subpoenas served by Respondents

in District of Nevada Case No. 2:12-cv-01110 for depositions of non-parties to

occur in the Eastern District of Michigan.  (DE 1.)  On May 18, 2015, this matter

was referred to me pursuant to 28 U.S.C. § 636(b)(1)(a).  (DE 2.)

To date, the docket reflects that Respondents have not been served with

notice of this action in the Eastern District of Michigan.  Moreover, Petitioners'

motion does not contain a certificate of service.  It is unclear to this Court whether

Respondents have been served in this matter.  In the interest of efficiency,

1

Petitioners are hereby **ORDERED** to provide the status of service over

Respondents **ON OR BEFORE JUNE 5, 2015**. Petitioners should also indicate

whether they intend to proceed with this matter in the Eastern District of Michigan.

     **IT IS SO ORDERED.**

Dated: June 1, 2015            s/Anthony P. Patti
                                         Anthony P. Patti
                                         UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 1, 2015, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable Anthony P. Patti
                                         (313) 234-5200