UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

250 EAST FLAMINGO, LLC,

      Petitioners,                                   Case No. 15-mc-50702

                                                          Paul D. Borman
v.                                                         United States District Judge

                                                          Anthony P. Patti
FRANK TADDEO, *et al.,*                     United States Magistrate Judge

      Respondents.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE ANTHONY P. PATTI'S AUGUST 12, 2015 REPORT AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND (2) DISMISSING THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

     On August 12, 2015, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to Dismiss Without Prejudice For Failure to Prosecute. (ECF No. 7.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation and DISMISSES this action WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 15, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 15, 2015.

                                            s/Deborah Tofil
                                            Case Manager